## Commonwealth ex rel. Powell, Appellant, *v.* Maroney.

Submitted September 13, 1965. *James Powell,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Raynor, Appellant, *v.* Russell.

Submitted September 13, 1965. *John Raynor,* appellant, in propria persona; *Robert Silverberg* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.